## No. 17,445.

ESTATE OF R. L. POPE; MAXY POPE ALLES, *v.*
BERTHA BIDDIX, ET AL.
(284 P. [2d] 1060)

Decided June 13, 1955.   Rehearing denied July 5, 1955.

Mr. T. LEE WITCHER, Mr. ROY A. PAYTON, for caveatrix, plaintiff in error.

Mr. WILLIAM S. RUSH, Mr. MAX C. WILSON, for proponents, defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.